1  Eric Ratinoff, SBN 166204
   KERSHAW, CUTTER & RATINOFF, LLP
2  401 Watt Avenue
   Sacramento, CA 95864
3  Telephone: (916) 448-9800
   Facsimile:  (916) 669-4499
4
5  Attorneys for Plaintiff

6

7                     UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO
8

9

10 CARL HARRIS,                              Case No.  2:07-CV-02659 JAM JFM

11         Plaintiff,

12 vs.                                       **STIPULATION    AND    ORDER    OF
                                             VOLUNTARY      DISMISSAL     WITH
13                                           PREJUDICE**
   NATIONAL RAILROAD PASSENGER
14 CORPORATION, DBA AMTRAK, and
   DOES 1 through 50, inclusive,
15
16         Defendants.                       **Trial Date:  April 27, 2009**

17

18

19         IT IS HEREBY STIPULATED AND AGREED by and between counsel for

20 plaintiff and counsel for defendant that the above-captioned action against defendant may be and

21 is hereby voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).  The parties

22 shall each bear their own costs.

23

24  Dated: July ___, 2008              KERSHAW, CUTTER & RATINOFF LLP

25

26                                     By: _____
                                           ERIC J. RATINOFF
27                                         Attorneys for Plaintiff

28  / / /
                                       -1-
                         STIPULATION AND ORDER RE DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

Dated: _____, 2008        LOMBARDI, LOPER & CONANT

                                    By: _____
                                        LIZA SIU MENDOZA
                                        Attorneys for Defendant

IT IS HEREBY ORDERED, pursuant to the above Stipulation, that this action is dismissed with prejudice.

Dated: August 11, 2008

                                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    JUDGE OF THE U.S. DISTRICT COURT

-2-
STIPULATION AND ORDER RE DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com